**JUDGE FRANKLIN D. BURGESS**

IN THE UNITED STATES DISTRICT COURT WESTERN DISTRICT
OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | NO. CR05-5477FDB |
| ) | |
| vs. ) | ORDER CONTINUING TRIAL DATE |
| ) | |
| THOMAS JAMES BELL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The court having considered the stipulation of the parties, the records and files herein, the agreed motion and affidavit of defense counsel in support of the motion to continue the trial date, the court hereby makes the following findings:

The court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C.  3161(h)(8)(B)(ii).

The court further finds that the ends of justice will be served by ordering a continuance in this case, that the continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, with the meaning of 18 U.S.C. 3161(h)(8)(A).

IT IS THEREFORE ORDERED that the trial date be continued from November 14, 2005 to February 27, 2006.

IT IS FURTHER ORDERED the period of time from the current trial date of November 14, 2005, up to and including the new trial date of February 27, 2006 , shall be excludable time

ORDER CONTINUING TRIAL DATE
PAGE 1

H:\Criminal Cases\trial cont orders\bell trial order.wpd

**Karen L. Unger, P.S.**
**Attorney at Law**
332 E. 5th, Suite 100
Port Angeles, WA 98362
(360) 452-7688

pursuant to the Speedy Trial Act, 18 U.S.C. 3161 et seq.

IT IS FURTHER ORDERED that the pretrial motions deadline shall be extended to November 30, 2005.

DATED this 2nd day of November, 2005.

*(signature)*

FRANKLIN D. BURGESS

United States District Judge

/s/Gregory A. Gruber

GREGORY A. GRUBER

1201 Pacific Ave., Ste. 700

Tacoma, WA 98402

tel: (253) 428-3808

fax: (253) 428-3826

/s/Karen L. Unger

KAREN L. UNGER

332 E. 5th Street

Port Angeles, WA 98362

tel: (360) 452-7688

fax: (360) 457-0581

ORDER CONTINUING TRIAL DATE
PAGE 2

H:\Criminal Cases\trial cont orders\bell trial order.wpd