1

2

3
**JUDGE FRANKLIN D. BURGESS**

4

5
IN THE UNITED STATES DISTRICT COURT WESTERN DISTRICT
OF WASHINGTON AT TACOMA

6

7
UNITED STATES OF AMERICA,                )
                                          )
8
              Plaintiff,                  )      NO. CR05-5477FDB
                                          )
9
vs.                                       )      ORDER EXTENDING DATE FOR
                                          )      FILING PRETRIAL MOTIONS
10
THOMAS BELL,                              )
                                          )
11
              Defendant.                  )
_____  )

12
         The court having considered the stipulation of the parties, the records and files herein, the

13
agreed motion and affidavit of defense counsel in support of the motion to extend the time to file

14
pretrial motions, court hereby makes the following findings:

         The court further finds that the ends of justice will be served by ordering an extension of

15
the date for filing pretrial motions in this case, that the continuance is necessary to insure effective

16
trial preparation.

17
//
//
18
//

19
//
//
20
//
//
21
//

22

23
_____
ORDER EXTENDING TIME FOR FILING PRETRIAL
MOTIONS
24
PAGE 1

H:\Criminal Cases\trial cont orders\bell order extend.wpd

**Karen L. Unger, P.S.**
**Attorney at Law**
332 E. 5th, Suite 100
Port Angeles, WA 98362
(360) 452-7688

1         IT IS THEREFORE ORDERED that the date for filing pretrial motions shall be continued

2    to December 7, 2005.

     DATED this 1st day of December, 2005.

3

4

5

6

7

8

9    THE HONORABLE FRANKLIN D. BURGESS

United States District Judge

10

 /s/Gregory A. Gruber

11   GREGORY A. GRUBER

12   1201 Pacific Ave., Ste. 700

13   Tacoma, WA 98402

tel:  (253) 428-3808

14   fax: (253) 428-3826

15

/s/Karen L. Unger

16   KAREN L. UNGER

17   332 E. 5th Street

18   Port Angeles, WA 98362

tel:  (360) 452-7688

19   fax: (360) 457-0581

20

21

22

23   ORDER EXTENDING TIME FOR FILING PRETRIAL
MOTIONS

24   PAGE 2

H:\Criminal Cases\trial cont orders\bell order extend.wpd

**Karen L. Unger, P.S.**
**Attorney at Law**
332 E. 5th, Suite 100
Port Angeles, WA 98362
(360) 452-7688