Judge Burgess

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| UNITED STATES OF AMERICA, | ) | NO. CR05-5477FDB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| THOMAS JAMES BELL, | ) | |
| Defendant. | ) | |

After consideration of the Stipulated Motion For Extension Of Time For Filing Of Response To Defendant's Motion to Dismiss, the government's request for an additional nine days in order to file its response, is hereby GRANTED.

The government's response to the Defendant's Motion to Dismiss is now due on December 23, 2005.

DATED this 15th day of December, 2005.

*[signature]*

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Proposed by:
s/ Gregory A. Gruber
Gregory A. Gruber
Assistant United States Attorney

(Proposed) Order/U.S. v. Thomas Bell/CR05-5477FDB - 1