Judge Burgess

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR05-5477FDB |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| THOMAS JAMES BELL, a/k/a Squirt, | ) | |
| Defendant. | ) | |

After consideration of the Stipulated Motion for Third Extension of Time for Filing of Response to Defendant's Motion to Dismiss, the government's request for additional time in order to file its response, is hereby GRANTED.

The government's response to the Defendant's Motion to Dismiss is now due on January 11, 2006.

DATED this 5th day of January, 2006.

FRANKLIN D. BURGESS
United States Senior District Judge

Proposed by:

s/ Gregory A. Gruber
GREGORY A. GRUBER
Assistant United States Attorney

Proposed Order/U.S. v. Thomas Bell - 1
CR05-5477FDB

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800