# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| UNITED STATES, | CASE NO. CR05-05477RJB |
|---|---|
| Plaintiff, | ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| v. | |
| THOMAS BELL, | |
| Defendant. | |

This matter comes before the court on the above-referenced motion (Dkt. 64). The court is familiar with the records and files herein.

It appears to the court that in light of the defendant's criminal history, both pre and post commencement of supervised release and considering the lack of a detailed positive report from the Probation Office, the motion should be denied. The court has no objection to the probation office managing the defendant's reporting requirements as it sees fit.

For the foregoing reasons, the defendant's Motion for Early Termination of Supervised Release (Dkt. 64) is DENIED.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 26th day of January, 2012.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge